THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER J. BORAK, Defendant-Appellant.

(No. 73-250;

Second District—November 27, 1974.

Opinion by Mr. JUSTICE GUILD.

Earl B. Williams, of Williams & Slaughter, of Chicago, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.